**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                  :

WANDA JAMES SPEIGHT        :
                                  :

       Plaintiff              :     Civil Action No. 07-0890
                                  :

       v.                      :
                                  :

CAPMARK FINANCE INC.       :
                                  :     **JURY TRIAL DEMANDED**
                                  :

       Defendant           :
_____:

**<u>ORDER</u>**

       AND NOW this _____ day of _____, 2009, upon consideration of plaintiff's

Motion in Limine to Exclude Report and Testimony of Christopher Erath, with supporting

memorandum of law, it is hereby ORDERED and DECREED, that said motion is GRANTED.

                                             _____
                                                    J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                        :
WANDA JAMES SPEIGHT          :
                                        :
        Plaintiff                      :          Civil Action No. 07-0890
                                        :
        v.                             :
                                        :
CAPMARK FINANCE INC.         :
                                        :          **JURY TRIAL DEMANDED**
                                        :
        Defendant                   :
_____:

### PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE
### REPORT AND TESTIMONY OF CHRISTOPHER ERATH, Ph.D.

NOW COMES Plaintiff, Wanda Speight, by and through counsel and, for the reasons set

forth in the accompanying memorandum of law, hereby moves this Honorable Court to exclude

defendant's expert report and testimony from trial.

Respectfully submitted,

*Michael J. Salmanson*
_____
Michael J. Salmanson - ID.  46707
Scott B. Goldshaw - ID. 85492
Katie R. Eyer - ID. 200756
SALMANSON GOLDSHAW, P.C.
Two Penn Center
1500 J.F.K. Blvd., Suite 1230
Philadelphia, PA  19102
215-640-0593
215-640-0596 (fax)

Date:  February 3, 2009

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| WANDA JAMES SPEIGHT | : | |
| | : | |
| Plaintiff | : | **Civil Action No.  07-CV-0890** |
| | : | |
| v. | : | |
| | : | |
| CAPMARK FINANCE INC. and | : | **JURY TRIAL DEMANDED** |
| WILLIAM F. ALDINGER III | : | |
| | : | |
| Defendants | : | |

_____ :

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2009, I caused a true and correct copy of the foregoing

_Plaintiff's Motion in Limine to Exclude Report and Testimony of Christopher Erath, Ph.D._ to be

filed via the Official Court Electronic Document Filing System, and that said document is

therefore available for viewing and downloading from the ECF system.  By virtue of this filing,

service of the motion upon the following counsel, being Electronic Case Filing Users, is

complete upon counsels' receipt of the Court's e-mail notification of the Notice of Electronic

Filing:

Michael J. Eagles, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

Michael Banks, Esquire
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

_Michael J. Salmanson_
Michael J. Salmanson