IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WANDA JAMES SPEIGHT | : |
| Plaintiff | : Civil Action No. 07-0890 |
| v. | : |
| CAPMARK FINANCE INC. | : JURY TRIAL DEMANDED |
| Defendant | : |

**FILED** FEB 2 7 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW this _____ day of _____, 2009, upon consideration of plaintiff's Motion in Limine to Exclude Report and Testimony of Christopher Erath, with supporting memorandum of law, it is hereby ORDERED and DECREED, that said motion is GRANTED.

Denied!
J. Curtis Joyner
2-24-09

_____
J.

Copies given