IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WANDA J. SPEIGHT           :       CIVIL ACTION

     VS.                    :

CAPMARK FINANCE, INC.      :       NO. 07-CV-890

BEFORE THE HONORABLE J. CURTIS JOYNER

**FILED**

MAR - 5 2009

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

<u>VERDICT SLIP</u>

1. Do you find that Ms. Speight has proven by a preponderance of the evidence that her race was a determinative factor in Capmark's decision to terminate her employment?

    YES   [ ]          NO   [X]

If you answered YES to Question 1, proceed to Question 2. If you answered NO to Question 1, proceed no further and please inform the Clerk that you have reached a verdict.

2. What damages, if any, do you award to Wanda Speight?

    Compensatory Damages   $ _____

    Back Pay               $ _____

    Front Pay              $ _____

Proceed to Question 3.

3. Do you find that Capmark acted with malice or reckless indifference towards Ms. Speight's federally protected rights entitling her to an award of punitive damages?

YES  [ ]          NO  [ ]

If you answered YES to Question 3, proceed to Question 4. If you answered NO to Question 3, proceed no further and please inform the Clerk that you have reached a verdict.

4. Ms. Speight is awarded punitive damages in the following amount:

$ _____

Date: 2/27/2009

_____  Robert Tucker
Foreperson