1              IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2                            ---

3    WANDA JAMES SPEIGHT           :   CIVIL ACTION

4         vs.                      :

5    CAPMARK FINANCE, INC.         :   NO. 07-0890

6    WILLIAM F. ALDINGER, III      :

7               PHILADELPHIA, PENNSYLVANIA

8                  February 27, 2009

9         BEFORE HONORABLE J. CURTIS JOYNER, J.

10                    AND A JURY

11           TESTIMONY CALVIN E. SPEIGHT

12   APPEARANCES:
     FOR THE PLAINTIFF:  SALMANSON GOLDSHAW, P.C.
13                        BY: MICHAEL SALMANSON, ESQUIRE
                          1500 JFK Boulevard, Suite 1230
14                        Philadelphia, Pennsylvania 19102

15

     FOR THE DEFENDANT:  MORGAN, LEWIS & BOCKIUS, LLP
16                        BY: MICHAEL L. BANKS, ESQUIRE
                          1701 Market Street
17                        Philadelphia, Pennsylvania 19103

18
                          BLANK ROME LLP
19                        BY:  MICHAEL J. EAGLES, ESQUIRE
                          One Logan Square
20                        130 North 18th Street
                          Philadelphia, Pennsylvania 19103
21

22

23             GREGG B. WOLFE, RPR, CM
                 Official Court Reporter
24             601 Market Street, Room 1234
            Philadelphia, Pennsylvania 19106
25                  (215) 460-1511

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MR. GOLDSHAW:  We call Calvin Speight.

2          CALVIN E. SPEIGHT, was duly sworn.

3                DIRECT EXAMINATION

4     BY MR. GOLDSHAW:

5     Q.  Good morning, Mr. Speight.

6     A.  Good morning.

7     Q.  Are you related to Wanda Speight?

8     A.  Yes, I am.  That's my wife.

9     Q.  How long have you been married?

10    A.  Twenty-some years.  We were married, 1988.

11    I don't know the exact date, but it's

12    twenty-some years.

13    Q.  I made sure not to ask you the exact date in

14    front of your wife.

15          Do you have children?

16    A.  Yes.  We have two.

17    Q.  What are their names and ages, please?

18    A.  My daughter is Megan.  She's 18 years old.

19    My son is Calvin, Jr.  He's 15.  He'll be 16,

20    March 16th.

21    Q.  Mr. Speight, how did you learn that your

22    wife was terminated from Capmark?

23    A.  She came home one Friday night.  Her eyes

24    were red.  We were in the family room, and I got

25    up to see what was going on.  She told me that

1    she was just terminated.

2          So we decided at that point to go and

3    tell the kids because they had to find out

4    sooner or later, so that's how we -- I found

5    out.

6    Q.  Could you describe a little bit about how

7    your wife appeared, her demeanor, at the time

8    she was telling you?

9    A.  She was shocked.  You could see it in her

10   face; her faced dropped; her eyes were red.  It

11   was obvious something had happened, and so she

12   was distraught.  She was kind of disoriented.

13         As opposed to coming to the family room

14   where we normally meet on Friday nights, she

15   went straight upstairs to the kitchen and just

16   wasn't good.

17   Q.  Mr. Speight, following that day, when your

18   wife was terminated from Capmark, did you notice

19   any changes in her?

20   A.  Yes, I did.

21   Q.  Would you please describe them?

22   A.  She started -- as opposed to being in the

23   family room with us, she would go to the

24   kitchen, and it appeared she was eating

25   everything in sight.  The kids and I -- every

1  time we'd go in the kitchen, she would be

2  eating, and obviously we were concerned.  We

3  were asking what's going on.

4          We noticed her hair.  There was a

5  little spot that started breaking off in the

6  center.  Then -- actually, now, she has about a

7  5-inch diameter space that has broken off.  She

8  has to comb her hair backwards, just to cover

9  the spot.

10  Q.  Were there any changes in the way your wife

11  interacted with the family following the day of

12  her termination at Capmark?

13  A.  Yes.  Normally, again, we would meet in the

14  family room as a family.

15          We went -- from there she would just

16  start staying in the kitchen.  We had a joint

17  family office, myself and the kids.  She stopped

18  coming to the office.

19          She set up her room, or we set up a

20  room for her in another part of the house, and

21  she spent most of her time there.  Even today,

22  she is still there.

23          What else -- go ahead.

24  Q.  During the time that your wife was working

25  at Capmark and before, did you typically have

```
 1    any activities on Friday nights?
 2    A.   Yes.   We always went out on Friday nights.
 3    It was either her, myself, or the kids.   We
 4    would just go out for dinner, and all that has
 5    stopped.   It just hurts.
 6    Q.   I'm sorry.   You said all that has stopped as
 7    of when?
 8    A.   After her termination.
 9    Q.   Did you notice any changes in her energy
10    level?
11    A.   Yes.   Again, she was very depressed.   She
12    was very depressed, so I called a marriage
13    counselor.   The marriage counselor -- we went to
14    the marriage counselor for -- this was in
15    January of '08.
16    Q.   I'm sorry, Mr. Speight.
17    A.   Go ahead.
18    Q.   Are you referring to seeing a marriage
19    counselor before or after the day of the
20    termination?
21    A.   This was after -- I guess maybe a year
22    later, something like that.   I'm not sure of the
23    exact dates.   I don't know the dates.   I just
24    know it was in January of 2008.   That would have
25    been after her termination.
```

```
 1           Go ahead.
 2      Q.   Please continue to describe what you were
 3      saying about the marriage counselor.
 4      A.   We attended three.   It was supposed to be a
 5      long-term thing, marriage counseling.   She
 6      attended three sessions and then stopped.   She
 7      said it was just too much.
 8           We were involved in a gourmet club that
 9      was -- we got together once every other month.
10      That also ceased.   She just didn't want to do
11      it.   It was too much, just being around friends.
12      Q.   Who initiated the marriage counselor?
13      A.   I did.
14      Q.   And did your initiation of the marriage
15      counselor have anything to do with the changes
16      you've been describing in your wife following
17      the termination from Capmark?
18      A.   Yes.   That's why I initiated it, because it
19      was obvious our marriage was getting -- it was
20      in trouble, but it was still going to be there,
21      so I just wanted to bring us together.
22      Q.   Following your wife's termination from
23      Capmark, did you notice any changes in her
24      sleeping habits?
25      A.   Yes.   She was -- before we slept all night.
```

1   It was not a problem.  After her termination,

2   she was tossing and turning all night.

3   Sometimes she would get up and walk down to the

4   kitchen or just walk around.  Obviously, it

5   would keep me awake.

6          This still goes on today, you know,

7   it's still hard to sleep.

8   Q.  Are you able to describe in general terms

9   whether following Ms. Speight's termination from

10  Capmark there have been any changes in the level

11  of affection between you?

12  A.  Yes.  The intimacy has definitely been

13  reduced.  Prior to the termination, we were a

14  very happy couple, very happy family.  Intimacy

15  has dropped off due to the termination.

16  Q.  Mr. Speight, do you ever go on family

17  vacations?

18  A.  We used to go on family vacations.

19         Again, when we first met, the two of us

20  were -- we were all over the place.  After the

21  kids, we were still -- whenever we could

22  schedule vacations, we were going wherever we

23  could go.

24  Q.  About how often would you go on vacation?

25  A.  It was always once or twice, maybe three

1  times a year we would go somewhere.  After the

2  termination, that stopped.

3         Again, she just withdrew, and she would

4  take vacations, in fact, by herself.  She would

5  go maybe to a spa.  Her last vacation by herself

6  was just before Christmas.  Obviously, that was

7  upsetting to the kids and myself.

8  Q.  Did you and the kids continue to go on

9  vacation following her termination?

10  A.  Yes, we did.  But just the kids and myself

11  versus my wife.  Occasionally, my wife would

12  come, but even now once in a while, but it's not

13  as -- not the way it was.

14  Q.  Do you ever meet your wife for lunch during

15  the day?

16  A.  Yes, sometimes, occasionally.  When she was

17  at GMAC, I believe it was, we would meet

18  sometimes for lunch.

19         Even now we try, but it's just not

20  working now.  We used to, but not anymore.

21  Q.  When you say "not anymore," are you

22  referring to a change following the termination

23  of her employment?

24  A.  Yes.  She withdrew, and she wanted to be by

25  herself.

1    Q.   And if you could describe just globally if

2    there were changes that you observed in her

3    overall mood following the termination of her

4    employment?

5    A.   Overall mood.  Again, she was distraught.

6    She was kind of disoriented.  She was shocked.

7    I mean, the entire family was shocked.

8         I mean, she was always a hard worker.

9    What can I tell you?  That's it.

10   Q.   Now, at the time she worked at Capmark, that

11   was a demanding position as you understood?

12   A.   Yes, very demanding.

13   Q.   Could you tell me how your wife handled

14   stress at the time she was at Capmark?  What

15   were her stress levels like?

16   A.   Well, the idea -- she would come home, and

17   we would -- this was at GMAC.  She would come

18   home.  We would have meetings -- I shouldn't say

19   meetings.  We would go to the family room, watch

20   television.  We tried to forget about the job,

21   just leave work at work, and just enjoy life at

22   home.

23        So we didn't really -- you know, we

24   just didn't talk about work as much.  We talked

25   about it a little, but not as much, because it

1     was such a stressful job.  And so the idea was

2     to come home, and let's talk about family

3     issues.

4     Q.  Now, following the termination of her

5     employment at Capmark, was she able to leave the

6     stress at work and enjoy the time at home in the

7     same way?

8     A.  No, she was not.  The stress -- that's when

9     the stress level built up.  It was all very

10     stressful for the last two years, I believe it

11     is, or whatever it is, whatever the termination

12     date was.

13         It's just been stressful.  That's why

14     she's losing her hair.  It's not due to any

15     medication she's taking.  It's what the doctor

16     indicated to her.  It's just due to stress.  So

17     the stress level is up throughout the house.

18     Q.  And I just want to be clear -- and I believe

19     this will be my final question.

20         You described the change that has

21     occurred, the changes that occurred in your wife

22     from the termination from Capmark.

23         I want to know how long those changes

24     that you described have lasted?

25     A.  Well, it's still going.  It's still ongoing.

1    It has not ceased.  They are still issues that

2    we have.  It just hasn't ceased.  She still goes

3    to her room, her little office, and so it's

4    still an ongoing problem.  It just hasn't

5    stopped.

6          MR. GOLDSHAW:  Thank you very much.

7          MR. BANKS:  I don't have any questions

8    of Mr. Speight.  Thank you very much, Your

9    Honor.

10          THE COURT:  Very well.  You may step

11    down now, sir, and watch your step.

12          (Whereupon, the witness was excused.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1               C E R T I F I C A T I O N

2

3

4       WITNESS                    DIRECT

5

6       CALVIN E. SPEIGHT

7         By Mr. Goldshaw           2

8

9

10

11

12

13

14

15

16

17            I certify that the foregoing is a correct

18      transcript from the record of the proceedings in the

19      above-entitled matter.

20

21

22      DATE_____

23           Gregg B. Wolfe, R.P.R., C.M.

24

25